*Messrs. C. P. Byrnes, Geo. E. Stebbins,* and *Thomas G. Haight* for petitioner. *Mr. J. Austin Stone* for respondent.

No. 219. LEHMAN *v.* TAIT, COLLECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. David J. Shorb* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Francis H. Horan,* and *Wm. H. Riley, Jr.,* for respondent.

Nos. 221, 222, and 223. JENSEN ET AL. *v.* NEW YORK LIFE INSURANCE Co. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. E. Edgerton* for petitioners. *Messrs. Charles M. Blackmar* and *Louis H. Cooke* for respondent.
See also 50 F. (2d) 512.

No. 224. LEHIGH STRUCTURAL STEEL Co. *v.* RUST ENGINEERING Co. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. H. Winship Wheatley* for petitioner. *Mr. Ralph B. Fleharty* for respondent.

No. 225. OHIO EX REL. MILLIKAN *v.* COOK, CLERK. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. John Boyle, Jr.,* for petitioner. *Messrs. Andrew Squire* and *James R. Garfield* for respondent.